# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP GOUDEAUX and NAOMI GOUDEAUX,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 2:23-cv-01851-JAM-AC<br><br>Hon. John A. Mendez<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs PHILLIP GOUDEAUX and NAOMI GOUDEAUX ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 June 07, 2024. See ECF No. 17.

The issue of Plaintiffs' attorneys' fees, costs, and expenses remains outstanding. Plaintiffs' attorneys will meet and confer their fees, costs, and expenses with hopes of resolving within 30 days.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of **$75,000.00** pursuant to the terms of the Rule 68 Offer.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: September 26, 2024      /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE