# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PHILLIP GOUDEAUX and NAOMI GOUDEAUX,

       Plaintiffs,

vs.

FORD MOTOR COMPANY; FUTURE FORD OF SACRAMENTO; and DOES 1 through 10, inclusive,

       Defendants.

Case No. 2:23-cv-01851-JAM-AC

Hon. John A. Mendez

**ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFFS' FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs PHILLIP GOUDEAUX and NAOMI GOUDEAUX ("Plaintiffs") and Defendant FORD MOTOR COMPANY ("Defendant") have agreed FORD MOTOR COMPANY will pay $31,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $31,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by March 6, 2025. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated: December 11, 2024

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

1
**ORDER**